UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 08-196 |
| SHANON FRANK | SECTION "F" |

ORDER AND REASONS

Before the Court is Shanon Frank's motion for appointment of counsel on appeal. For the reasons that follow, the motion is DENIED.

Shanon Frank has appealed to the U.S. Court of Appeals for the Fifth Circuit this Court's Order and Reasons denying several motions, including his motion to vacate under 28 U.S.C. § 2255. He now seeks appointment of counsel on appeal.

Mr. Frank is not constitutionally entitled to counsel in § 2255 proceedings. Pennsylvania v. Finley, 481 U.S. 551, 555 (1987). Nor has he demonstrated that appointment of counsel is (1) statutorily required under the rules governing § 2255 proceedings, see, e.g., Rule 8(a), (c) of the Rules Governing Section 2255 Proceedings (requiring appointment of counsel upon determination that evidentiary hearing is warranted); United States v. Vasquez, 7 F.3d 81, 83 (5th Cir. 1993); or (2) otherwise necessary in the interest of justice. Accordingly, Mr. Frank's motion to appoint

1

counsel is DENIED.

New Orleans, Louisiana, May 22, 2015

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE